## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JOHN AND CATHY TERRY, | ) | Case No. 13-41358 |
| | ) | |
| Debtors. | ) | |

### NOTICE OF TRUSTEE'S PROPOSED SALE OF PROPERTY

TO CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that Trustee, Cynthia A. Hagan, intends to sell at private sale the estate's equity in the following described property, to wit:

> The bankruptcy estate's interest in the mineral, royalty and overriding royalty interests located in Williamson County, Illinois, included but not limited to the properties as described, Country Mark Arpt-Morgan Coal.

You are hereby notified that the undersigned Trustee proposes to sell the above interest for $3,800.00 to Choctaw Energy Limited Partnership of San Antonio, Texas unless objections are made or a higher bid is received within the time limit hereafter specified.

Any OBJECTIONS to the allowance of said sale must be in writing and filed with the COURT on or before April 7, 2014, with a copy to the Trustee.

If a timely objection is filed, a hearing will be held at 9:00 a.m. on the 23rd day of April, 2014, at the U.S. Bankruptcy Court, 301 West Main Street, Benton, IL 62812.

If no objections are filed within the time set, the Trustee is authorized to sell the property without further order.

DATED: March 17, 2014

Cynthia A. Hagan Trustee
Hendricks & Hagan
206 W. College Street, Suite 12
Carbondale, IL 62901
Phone: 618-529-2274

Direct all correspondence to:
U.S. Bankruptcy Court
301 W. Main Street
Benton, IL 62812
618-435-2200

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JOHN AND CATHY TERRY, | ) | Case No. 13-41358 |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the foregoing document was mailed to all parties who have NOT BEEN ELECTRONICALLY NOTIFIED _____ 2014 with the correct postage prepaid and deposited in the U.S. Mail in Carbondale, Illinois.

See attached Mailing Matrix

Mr. Lyndon Guy Willms
Bankruptcy Clinic
206 W. Deyoung Street
Marion, IL  62959

Mr. Kenneth Dorbandt
P.O. Box 6111
San Antonio, TX 78209

Mr. A. Ben Mitchell
Mitchell Law Office PC
P.O. Box 1088
Mt. Vernon, IL 62864

Mr. David Rosen
5002 Thames Ct.
Midland, TX 79705

Choctaw Energy Ltd.
Mr. Jack T. Williams III
P.O. Box 6387
San Antonio, TX 78209

Greystone Royalties
Mr. Wallace Albrecht
109 Westpark Drive, Suite 230
Brentwood, TN 37027

M IV OPS., Inc.
Mr. Alfred J. Bacon, President
9310 Broadway, Bldg A, Suite204
San Antonio, TX 78217

Mr. William C. Eiland
P.O. Drawer 11228
Midland, TX 79702-8228

Mr. Spencer Brant
LHB Ventures, LLC
P.O. Box 46063
Denver, CO 80101-6063

Mr. Dan Flanigan
651 Orchard Ave.
Santa Barbara, CA 93108

Mr. Michael Turner
Generational Capital Markets
14241 Dallas Parkway, Suite 610
Dallas, TX 75254

Mr. James Dyess
James Energy
P.O. Box 1112
Austin, TX 78767

U.S. Dept. of Justice
U.S. Trustee, Region 10
Becker Building, Room 1100
401 Main St.
Peoria, IL  61602

Dated this ___ day of March, 2014.

Cynthia A. Hagan Trustee

Hendricks & Hagan
206 W. College Street, Suite 12
Carbondale, IL  62901
Phone: 618-529-2274